# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2017

153846

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 153846
                                        COA: 326209

JOSEPH DANTE LEE,
      Defendant-Appellant.

_____/

        Genesee CC: 13-034264-FC

By order of January 24, 2017, the application for leave to appeal the April 19, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Collins* (Docket No. 153952). On order of the Court, *Collins* having been decided on September 8, 2017, ___ Mich ___ (2017), the application is again considered, and it is DENIED, there being no majority in favor of granting leave to appeal or taking other action.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2017



Clerk

t1115